# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

154445(106)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                SC: 154445
                                                COA: 323741

JOHNNY RAY KENNEDY,
      Defendant-Appellant.
                                                Wayne CC: 14-001748-FC
_____/

      On order of the Court, the motion of Shawn Brown, Terry Ceasor, Juwan Deering, Milton Lemons and Karl Vinson to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 30, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

          November 9, 2017                

                                           Clerk